

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT CROYSDILL, | § | No. 08-21-00191-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| OLD REPUBLIC INSURANCE COMPANY, | § | of El Paso County, Texas |
| | § | (TC# 2013DCV1136) |
| Appellee. | § | |

## O R D E R

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **November 1, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Shelly W. Rivas, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before November 1, 2022.

IT IS SO ORDERED this 11th day of October, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.